

MIED (Rev.5/13) EEOC Civil Complaint

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

WALLER, JR Daniel C

              Plaintiff,

v.

Moore-Patton Tiavon
Vincent Ramona
Benjamin Quanta M. Dedge
Rosado Maria
Hall Crinisha
Calloway Angela
Cain Robert

              Defendant(s).

Case: 2:15-cv-13305
Judge: Lawson, David M.
MJ: Grand, David R.
Filed: 09-17-2015 At 04:23 PM
CMP WALLER V. DPS, JERRY L. WHITE C
ENTER HIGH SCHOOL ET AL (NA)

### COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 (as amended by the Equal Employment Opportunity Act of 1972) for employment discrimination.   Jurisdiction is specifically conferred on this Court under 42 U.S.C. § 2000e-5.

2. Plaintiff resides at the address at the bottom of this form.

3. Defendant's address is:

_____
*Street Address*                                                              *City*                  *State*       *Zip*

4. The address where the alleged discrimination occurred (the address where you were employed or sought employment):
   _19804_   _McNichols_   _Detroit_   _Mich_   _48235_
   *Street Address*                       *City*         *State*      *Zip*

5. The alleged discriminatory acts occurred:
   _2013_  —  _Dec 2014_
   *From (date)*     *To (date)*

6. Charges were filed with the Michigan Civil Rights Commission regarding defendant's alleged discriminatory conduct:

   _____
   *Day/month/year (if you did not file with this agency, leave this line blank)*

7. Charges were filed with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct:   _22/December/2014_
   *Day/Month/Year (if you did not file with this agency, Leave this line blank)*

MIED (Rev.5/13) EEOC Civil Complaint

8. The Final Determination/Notice of Right to Sue letter from the Equal Employment Opportunity Commission was received on: _June 25, 2015_

   I ☑ Have   ☐ Have **NOT** filed this complaint within the 90 day period as required by 42 U.S.C. § 2000e-5.

9. The acts complained about in this suit concern:
   - A. ☐ Failure to employ you
   - B. ☑ Termination of employment
   - C. ☐ Failure to promote you
   - D. ☑ Other acts, explained below:

   _Retaltion, Religion: Jehovah Witness_
   _Harassment, Intimidation_

10. Defendant's conduct is discriminatory based upon:
    - A. ☐ Race   B. ☐ Color   C. ☑ Gender   D. ☑ Age   E. ☐ National Origin
    - F. ☑ ADA-defined disability/other:

11. A copy of my charge to the Equal Employment Opportunity Commission is attached to this Complaint and is submitted as a brief statement of the facts of this claim.

    If relief is not granted, I will be irreparably denied rights secured by Title VII of the Civil Rights Act of 1964 and/or the Elliot-Larsen Civil Rights Act.

    I therefore pray that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs and attorney fees.

Dated: _9/16/15_

Plaintiff's Signature

Plaintiff's Printed Name: _Daniel C. Waller JR_

Street Address: _4710 Julius Blvd_

City, State, Zip Code: _Westland, Mich 48186_

Telephone Number: _321-443-3825_

E-mail Address: _dannydawderwii@gmail.com_

EEOC Form 5 (11/09)

Wanda.Williams@eeoc.gov

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 471-2015-00755 |

**Michigan Department Of Civil Rights** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Daniel Waller | (734) 722-2813 | 05-11-1955 |

Street Address: 4710 Julius Blvd, Westland, MI 48186

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Detroit Board of Education/JERRY L. WHITE HIGH SCHOOL | 500 | (313) 416-4200 |

Street Address: 14804 McNichols, Detroit, MI 48235

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX  ☒ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 08-01-2014   Latest: 08-31-2014

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began working for the above named employer approximately September 1993, since 2008 assigned to the Jerry L. White High School. My job title is an Adaptive Aquatics Teacher Aide.

In or about August 2014 I made a complaint to HR regarding discrimination I was experiencing. From female co-workers there were comments made about me being senile and forgetful. Due to religion, I was subject to not being a team player for non participation of holiday events. Once making a report to the Police for an incident with another co-worker I was called by the Principal and reprimanded. Thereafter, I was subjected to a three day suspension.

I can only conclude that I was suspended due to my sex, male, age, 59, religion, Jehovah Witness, and in retaliation for having participated in a protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended, and the Age Discrimination in Employment Act of 1967, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: Dec 22, 2014
Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

JS 44 (Rev. 12/12) CIVIL COVER SHEET County in which action arose: Wayne

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
Waller, Jr., Daniel C

### DEFENDANTS
DPS, Jerry L. White Center High School, ET AL

(b) County of Residence of First Listed Plaintiff: Wayne
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Wayne

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Case: 2:15-cv-13305
Judge: Lawson, David M.
MJ: Grand, David R.
Filed: 09-17-2015 At 04:23 PM
CMP WALLER V. DPS, JERRY L. WHITE C
ENTER HIGH SCHOOL ET AL (NA)

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [x] 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 460 Deportation |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | LABOR | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | [x] 710 Fair Labor Standards Act | SOCIAL SECURITY | ☐ 480 Consumer Credit |
| 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | | ☐ 895 Freedom of Information Act |
| 210 Land Condemnation | ☐ 440 Other Civil Rights | Habeas Corpus: | | FEDERAL TAX SUITS | ☐ 896 Arbitration |
| 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | IMMIGRATION | | |
| 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | Other: | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

### V. ORIGIN *(Place an "X" in One Box Only)*
[x] 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 6,016,808.00
CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes ☐ No

### VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 9/17/15
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?  ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes :

# New Lawsuit Check List

Instructions: Put a check mark in the box next to each appropriate entry to be sure you have all the required documents.

| | | |
|---|---|---|
| ☒ | Two (2) completed **Civil Cover Sheets**. | |
| ☒ | Enter the number of defendants named in your lawsuit in the blank below, add 2 and then enter the total in the blank.<br><br>___7___ + 2 = ___9___ **Complaints.**<br># of Defendants     Total<br><br>Received by Clerk: _NA_ Addresses are complete: _NA_ | Case: 2:15-cv-13305<br>Judge: Lawson, David M.<br>MJ: Grand, David R.<br>Filed: 09-17-2015 At 04:23 PM<br>CMP WALLER V. DPS, JERRY L. WHITE C<br>ENTER HIGH SCHOOL ET AL (NA) |
| ☐ | If any of your defendants are **government agencies**:<br>Provide two (2) extra copies of the **complaint** for the U.S. Attorney and the Attorney General. | |

| **If Paying The Filing Fee:** | **If Asking That The Filing Fee Be Waived:** |
|---|---|
| ☐ Current new civil action filing fee is attached.<br><br>Fees may be paid by check or money order made out to:<br><br>*Clerk, U.S. District Court*<br><br>Received by Clerk: _____ Receipt #: _____ | ☒ Two (2) completed **Application to Proceed in District Court without Prepaying Fees or Costs** forms.<br><br><br><br>Received by Clerk: _NA_ |

## Select the Method of Service you will employ to notify your defendants:

| **Service via Summons by Self** | **Service by U.S. Marshal**<br>(Only available if fee is waived) | **Service via Waiver of Summons**<br>(U.S. Government cannot be a defendant) |
|---|---|---|
| ☒ Two (2) completed **summonses** for each defendant including each defendant's name and address.<br><br><br><br>Received by Clerk: _NA_ | ☐ Two (2) completed **USM – 285 Forms** per defendant, if you are requesting the U.S. Marshal conduct service of your complaint.<br><br>☐ Two (2) completed **Request for Service by U.S. Marshal** form.<br><br>Received by Clerk: _____ | ☐ You need not submit any forms regarding the Waiver of Summons to the Clerk.<br><br>Once your case has been filed, or the Application to Proceed without Prepaying Fees and Costs has been granted, you will need:<br>• One (1) **Notice of a Lawsuit and Request to Waive Service of a Summons** form per defendant.<br>• Two (2) **Waiver of the Service of Summons** forms per defendant.<br><br>Send these forms along with your filed complaint and a self-addressed stamped envelope to each of your defendants. |

**Clerk's Office Use Only**

Note any deficiencies here:

Rev. 4/13