UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL C. WALLER, JR.,

        Plaintiff,

v.

        Case Number 15-13305
        Honorable David M. Lawson
        Magistrate Judge David R. Grand

TIAVON MOORE-PATTON, RAMONA
VINCENT, MARIA ROSADO, BENJAMIN
QUANTA MiDOGE, CRINISHA HALL,
ANGELA CALLOWAY, and ROBERT CAIN,

        Defendants.
_____/

## JUDGMENT

In accordance with the order adopting the magistrate judge's report and recommendation and granting the defendants' motion for summary judgment entered on this date,

It is **ORDERED AND ADJUDGED** that the case is **DISMISSED WITH PREJUDICE**.

        s/David M. Lawson
        DAVID M. LAWSON
        United States District Judge

Dated: February 23, 2017

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on February 23, 2017.

        s/Susan Pinkowski
        SUSAN PINKOWSKI